IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20043
_____

JACK D RICHARDSON

                    Plaintiff - Appellant

v.

MARVIN T RUNYON, JR, Postmaster General;
UNITED STATES POSTAL SERVICE

                    Defendants - Appellees

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-95-CV-590)
_____
October 8, 1997

Before KING and JONES, Circuit Judges, and KENDALL,* District
Judge.

PER CURIAM:**

AFFIRMED.  See 5TH CIR. R. 47.6.

_____

    * District Judge of the Northern District of Texas, sitting by
designation.

    **Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.